UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

DEBRA CAMPBELL, OFFICER,
P.J. HOSPITALITY, INC.,
d/b/a BEANS AND CORNBREAD,

    Respondent.
_____/

MISC. NO. 09-mc-50530

HON. ROBERT H. CLELAND

## **ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS**

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS Summons filed against Debra Campbell, Officer, P.J. Hospitality, Inc., d/b/a Beans and Cornbread;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought against respondent, Debra Campbell, Officer, P.J. Hospitality, Inc., d/b/a Beans and Cornbread, by the petitioner is hereby dismissed without prejudice and without costs.

                   S/Robert H. Cleland
                   ROBERT H. CLELAND
                   UNITED STATES DISTRICT JUDGE

Dated: October 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, October 29, 2010, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522